No. 603. Southern Nebraska Power Co. et al. *v.* Nebraska ex rel. Sorensen, Attorney General.

Jurisdictional statement distributed January 9, 1937. Decided January 18, 1937. *Per Curiam:* The appeal herein is dismissed (1) for the reason that the judgment sought here to be reviewed is based upon a non-federal ground adequate to support it, *Electric Co.* v. *Dow,* 166 U. S. 489, 492, 493; *Pierce* v. *Somerset Railway,* 171 U. S. 641, 648; *Leonard* v. *Vicksburg Ry. Co.,* 198 U. S. 416, 422, 423; *Gause* v. *Detroit Trust Co.,* 297 U. S. 695, (2) in so far as a federal question is sought to be presented, for the want of a substantial federal question, *Zucht* v. *King,* 260 U. S. 174, 176; *Sugarman* v. *United States,* 249 U. S. 182, 184; *Texas & Pacific Ry. Co.* v. *Texas,* 296 U. S. 552. *Mr. B. F. Napheys, Jr.,* for appellants. *Mr. Edwin Vail* for appellee.